AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Sean King Telephone: (313) 226-9100
Special Agent: Lorin Folk Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Richard Michael Andry

Case No. Case: 2:26−mj−30684
Assigned To : Unassigned
Assign. Date : 10/29/2026
Description: RE: RICHARD MICHAEL ANDRY (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 24, 2025, October 29, 2026 in the county of Oakland in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of and Access with Intent to View Child Pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Lorin Folk, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: October 29, 2026

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Lorin Folk, a Special Agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am employed at the Department of Homeland Security, Homeland Security Investigations (HSI) as a Special Agent and have been so employed since 2012. I have conducted and participated in investigations involving various federal crimes, including child pornography violations. I have had experience in the investigation, apprehension and prosecution of individuals involved in federal criminal offenses involving the use of cellular devices, computers, and the internet to commit offenses, and the available technology that can be used by law enforcement to assist in examining these devices. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, and the execution of searches and seizures involving computer crimes. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children and child pornography, including violations of Title 18, United States Code, Sections 2251, 2252, and 2252A. I am authorized by law to request an arrest warrant.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Richard ANDRY for violations of 18 U.S.C.

§ 2252A(a)(1), transportation of child pornography, and 18 U.S.C. § 2252A(a)(5)(B), possession of and access with intent to view child pornography.

3. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training, and background as a special agent.

4. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts necessary to establish probable cause that ANDRY has violated the above offenses.

**PROBABLE CAUSE**

6. In July 2025, Homeland Security Investigations (HSI) received information from Mega, an encrypted cloud-based storage and file hosting service offered by Mega Limited, a company based in New Zealand, that Mega identified and suspended an account for publishing a link that was reported for containing child pornography. HSI reviewed the media files from the reported Mega link and found multiple files that meet the federal definition of child pornography that were added to the account on or about April 24, 2025, including:

a. A video that is approximately 29 minutes and 12 seconds in length, depicting a prepubescent male, who is blindfolded, being orally and anally penetrated by an adult male penis.

b. A video that is approximately 4 minutes and 45 seconds in length, depicting a prepubescent female and a pubescent minor male. The male orally penetrates the female's vagina. The male also vaginally penetrates the female with his penis.

7. The information received from Mega revealed that the account was associated with the email "barebackflip****@gmail.com" and that the account had made multiple payments to Mega, via Google Pay.

5. Based on administrative process, HSI received information from Google that the above email address was associated with a phone number ending x1386 and a Samsung Galaxy Z Fold cell phone with an International Mobile Equipment Identity (IMEI is a unique device identifier) ending x192. Google also identified the device as having been associated with multiple other email accounts to include randry**@gmail.com, rexbi*****@gmail.com, randry@[redacted].org, and others.

6. Law enforcement database queries and information received from administrative process served to T-mobile revealed phone number x1386 was subscribed to ANDRY at an identified residence in the Eastern District of Michigan.

7. Additionally, HSI review a CyberTipline Report from the National Center for Missing and Exploited Children (NCMEC), which maintains information reported by Electronic Service Providers when they encounter evidence of child exploitation on their services. The tip provided that on or about May 22, 2024, a Snapchat user "rex_***" uploaded one file of apparent child sexual abuse material. The account information included phone number x1386, a date of birth matching ANDRY's based on review of Michigan Secretary of State records, and an email address that matched one provided by Mega.

8. Based on this and other information, on October 29, 2026, HSI executed a search warrant at ANDRY's residence in this district. There, HSI discovered the Galaxy Z Fold cell phone, bearing the same IMEI and assigned phone number x1386. Additionally, accounts contained within the phone included barebackflip****@gmail.com, which was associated with the Mega account.

9. Additionally, during the search, HSI discovered an Inspiron laptop in the living room of the residence. Pursuant to the warrant, ANDRY's fingerprint was used to unlock the laptop. The laptop contained self-portrait style photographs of ANDRY, along with correspondence addressed to him. On that laptop, agents found approximately 297 thumbnail images of videos that were listed as contained within an internal storage of a Samsung Galaxy S21 cell phone. Review of those images revealed that the vast majority meet the federal definition of child

pornography. This included a thumbnail image depicting an infant being orally penetrated by an adult penis.

## CONCLUSION

10. Based on the foregoing, there is probable cause to believe that Richard ANDRY violated 18 U.S.C. § 2252A(a)(1), transportation of child pornography, and 18 U.S.C. § 2252A(a)(5)(B), possession of and access with intent to view child pornography, to issue a complaint and arrest warrant.

Respectfully submitted,

______________________________
Lorin Folk
Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means

______________________________
Hon. David R. Grand
United States Magistrate Judge

Date: October 29, 2026